# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CLARK,<br><br>          Plaintiff,<br><br>          v.<br><br>NANCY A. BERRYHILL,<br><br>Commissioner of Social Security,<br><br>          Defendant. | CASE NO. 5:16-CV-01972-SK<br><br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

DATED: August 30, 2017

                                            STEVE KIM
                                            U.S. MAGISTRATE JUDGE